# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2649

_____

Michael Jacobson, Special     *
Administrator of the Estate of     *
Virginia A. Jacobson, Deceased,     *
    *
        Appellant,     *
    *
       v.     * Appeal from the United States
    * District Court for the
Sherry K. Shresta, M.D.; Gaston     * District of Nebraska.
Cornu-Labat, M.D.,     *
    * [UNPUBLISHED]
        Appellees,     *
    *
Insurance Company 1; Insurance     *
Company 2,     *
    *
        Defendants,     *
    *
Midwest Medical Insurance Co.;     *
Midwest Medical Insurance Holding     *
Company,     *
    *
        Appellees.     *

_____

Submitted: June 30, 2008
Filed: July 2, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Michael Jacobson appeals the district court's[1] order denying reconsideration of the court's Federal Rule of Civil Procedure 12(b)(6) dismissal of his complaint. After carefully reviewing the record and Jacobson's arguments on appeal, we find no basis for reversal. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

———————————————————

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.